538 U.S. 1012
 MACHUCA GONZALEZ ET UX., INDIVIDUALLY AND AS HEIRS AND REPRESENTATIVES OF THE ESTATE OF MACHUCA LOPEZ, DECEASED
v.
DAIMLERCHRYSLER CORP., FKA CHRYSLER CORP., ET AL.
 No. 02-1044.
 Supreme Court of United States.
 May 5, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 301 F. 3d 377.